**No. 62571.**—Gematex Corporation *v.* United States, protest 312808–K (New York).

Opinion by OLIVER, C. J.   The protest was dismissed.

**No. 62572.**—J. J. Boll and Trans World Shipping Corp. *v.* United States, protests 327625–K and 327631–K (A) (New York).

Opinion by MOLLISON, J.   The protests were dismissed.

**No. 62573.**—Amchina Fur Corp. et al. *v.* United States, protests 34868–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.*

**No. 62574.**—Brenner Bros. Fur Corp. et al. *v.* United States, protests 154080–K, etc. (New York).

Opinion by WILSON, J.   In accordance with stipulation of counsel that the merchandise consists of lambskin plates the same in all material respects as those the subject of *A. S. Gold & Bro., Inc.* v. *United States* (33 Cust. Ct. 120, C. D. 1643), the claim for free entry under paragraph 1681 was sustained.

MOLLISON, J., dissented for the reasons set forth in his dissenting opinion in C. D. 1643, *supra.*

BEFORE THE SECOND DIVISION, DECEMBER 11, 1958

**No. 62575.**—The A. W. Fenton Co., Inc. *v.* United States, protests 297897–K, etc. (Cleveland).

Opinion by RAO, J.   In accordance with stipulation of counsel that the merchandise consists of automatic feeders the same in all material respects as those the subject of *John V. Carr & Son, Inc., et al.* v. *United States* (40 Cust. Ct. 292, C. D. 1996), the claim of the plaintiff was sustained.